1008

be, and the same is hereby, overruled. It is further ordered, adjudged, and decreed by this court that the motion of counsel for appellee to dismiss this appeal be, and the same is hereby, granted, and that this appeal be, and the same is hereby, dismissed, with costs.

ton, D. C., Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

On motion of respondent, consented to by receivers for petitioner, cause is docketed and dismissed.

The FOURTH NATIONAL BANK IN WICH-ITA, KANSAS, et al. v. The METROPOLI-TAN BUILDING COMPANY.

No. 1378.

Circuit Court of Appeals, Tenth Circuit.

Jan. 23, 1936.

Cowan, McCorkle, Fair & Kahrs, of Wichita, Kan., for appellants.

Benj. F. Hegler, of Wichita, Kan., for appellee.

Before LEWIS, PHILLIPS, and Mc-DERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation

FREDERICK LEYLAND & COMPANY, Ltd., Libelant-Appellee, v. Steamship THE ANNIS-TON CITY, United States Steel Products Company, Claimant-Appellant, FIREMEN'S FUND INSURANCE COMPANY and United States Merchants and Shippers Insurance Company, Intervening Petitioners Appellees, v. UNITED STATES FIDELITY & GUAR-ANTY COMPANY, Stipulator, Appellant. (Consolidated Cause.)

No. 104.

Circuit Court of Appeals, Second Circuit.

April 6, 1936.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (W. H. Mc-Grann, and J. H. Turnure, both of New York City, of counsel), for libelant-appellee and claimant-appellant.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark and Adrian J. O'Kane, both of New York City, of counsel), for steamship Pennland.

Bigham, Englar, Jones & Houston, of New York City (Leonard J. Matteson, of New York City, of counsel), for intervening appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree (9 F.Supp. 377) affirmed.

FRANKLIN MILLS, Petitioner, v. COMMIS-SIONER OF INTERNAL REVENUE, Respondent.

No. 4002.

Circuit Court of Appeals, Fourth Circuit.

Jan. 6, 1936.

E. H. Shanklin and E. R. Stall, receivers for Franklin Mills, pro se, of Greer, S. C., for petitioner.

Herman Oliphant, Gen. Counsel, Department of the Treasury, of Washing-